# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | A THRU Z DOORS, INC. |
| **Case Number:** | 2:09-bk-11187-RJH  **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JULY 13, 2009 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY LITTON LOAN SERVICING

**R / M #:** 10 / 0

## *Appearances:*

THEODORE P. WITTHOFT, ATTORNEY FOR MAUREEN GAUGHAN
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. McDonald informed he believes the trustee has no further objection as long as the 10 day stay remains in effect once the order is entered.

Mr. Witthoft agreed.

COURT: IT IS ORDERED GRANTING STAY RELIEF. THE COURT WILL NOT WAIVE THE AUTOMATIC 10 DAY STAY. MR. MCDONALD IS DIRECTED TO UPLOAD A FORM OF ORDER.