**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: September 17, 2009**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14221/19628395

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>A Thru Z Doors, Inc., Bryan Thomas Bowers and Traci Ann Bowers<br>　　　　Debtors.<br>_____<br>Velocity Commercial Capital, LLC<br>　　　　Movant,<br>　　vs.<br><br>A Thru Z Doors, Inc., Bryan Thomas Bowers and Traci Ann Bowers, Debtors; Maureen Gaughan, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-11187-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # ) |

This matter having come before the Court for a Preliminary Hearing on July 13, 2009 at 10:00am, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtors counsel, Randy Nussbaum did not appear, and Theodore Witthoft, appearing for the Trustee, Maureen Gaughan,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated September 14, 2007, and recorded on , in the office of the Maricopa County Recorder at wherein Velocity Commercial Capital, LLC is the current beneficiary and A Thru Z Doors, Inc., Bryan Thomas Bowers and Traci Ann Bowers have an interest in, further described as:

PARCEL NO. 1:
That part of Tract B, of NORTHTOWN, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 58 of Maps, Page 46, described as follow:
BEGINNING at the Northwest corner of Tract B, NORTHTOWN;
THENCE South 150 feet along the West line of Tract B;
THENCE 89 degrees 59 minutes East, 200 feet to a point on the East line of Tract B; Thence North 117.88 feet along the Eastern line of Tract B; THENCE Northwesterly 31.42 feet along a curve to the left which has a radius of 20.02 feet and a central angle of 89 degrees 59 minutes; THENCE North 89 degrees 59 minutes West, 88.04 feet along the North line of Tract B;
THENCE Northwesterly 93.02 feet along the curve to the right which has a radius of 354.77 feet and a central angle of 15 degrees 01 minutes 22 seconds to the POINT OF BEGINNING;
EXCEPT the West 50 feet as measured along the South line of said Parcel.

PARCEL NO. 2:
The West 50 feet as measured along the South line of the following described property:
That part of Tract B, of NORTHTOWN, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 58 of Maps, Page 46, described as follow:
BEGINNING at the Northwest corner of Tract B, NORTHTOWN:
THENCE South 150 feet along the West line of Tract B;
THENCE 89 degrees 59 minutes East, 200 feet to a point on the East line of Tract B;
THENCE North 117.88 feet along the Eastern line of Tract B;
THENCE Northwesterly 31.42 feet along a curve to the left which has a radius of 20.01 feet and central angle of 89 degrees 59 minutes;
THENCE North 89 degrees 59 minutes West, 88.04 feet along the North line of Tract B;
THENCE Northwesterly 93.02 feet along the curve to the right which has a radius of 354.77 feet and a central angle of 15 degrees 01 minutes 22 seconds to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2008.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT